The Full Commission has reviewed the prior Order based upon the record of the proceedings before Commissioner Sellers and upon the briefs and argument of counsel. The appealing party has shown good ground to reconsider the Order. Upon reconsideration, the Full Commission modifies and affirms the Order of Commissioner Sellers and enters the following Opinion and Award.
This matter involves the interworkings of Sections 97-40 and97-86.2 of the General Statutes of North Carolina and, insofar as the Full Commission can determine, presents a case of first impression in North Carolina.
Plaintiffs' Motion to withdraw their Motion for Clarification is DENIED.
The attached spreadsheet is incorporated within this Opinion and Award.
*************
The Full Commission finds as follows:
FINDINGS OF FACT
1. Gordon G. Strickland was an employee of Carolina Classics Catfish, Inc., and was fatally injured in a truck collision on June 13, 1990, while driving the truck during the course and scope of his employment. The workers compensation death claim was heard by former Deputy Commissioner John Charles Rush in Greenville, NC on 14 February 1991 and in Raleigh, NC on 21 February 1991.
2. Former Deputy Commissioner Rush ruled in favor of plaintiffs Jennie Lou Strickland, mother, and Jerry Strickland, father, of Gordon G. Strickland and awarded compensation to each of $100 per week for 400 weeks, which compensation was to be commuted to its present value and paid in a lump sum.
3. Defendants appealed to the Full Commission and the Full Commission, in an Opinion and Award filed 11 April 1994, affirmed the Opinion and Award of former Deputy Commissioner Rush.
4. Defendants appealed to the North Carolina Court of Appeals and a panel of that Court, by a vote of two to one, affirmed the Opinion and Award for the Full Commission.
5. Defendants appealed to the North Carolina Supreme Court which affirmed the Court of Appeals decision in a order rendered 9 February 1996.
6. Defendants then tendered to plaintiffs on 15 February 1996 checks for $70,017.38 in compensation and $28,006.96 in interest.
7. By Motion to Clarify Calculation of Award dated April 18, 1996, plaintiffs moved the Industrial Commission for an order requiring defendants to pay an additional $8,503.78. Defendants opposed plaintiffs' Motion to Clarify and by cross motion asked the Commission to order plaintiffs and their counsel to reimburse Farm Bureau a total of $9,303 because the amounts tendered on 15 February 1996 allegedly represented an overpayment in that amount.
8. Defendants supplemented their April 29, 1996 response on May 1, 1996.
9. On May 3, 1996, Plaintiffs' counsel submitted a letter to Commissioner Sellers requesting that she delay issuing a decision on the Motion to Clarify until such time as plaintiffs could determine who they wished to represent them in the matter. On May 14, 1996, at the request of plaintiffs, the firm Harrington and Edwards filed a Motion to Withdraw as Counsel, and then after plaintiffs changed their minds, the firm Harrington and Edwards asked the Motion to be withdrawn and filed a written response to Defendants' proposed order. Prior to reviewing the request to withdraw the Motion to Withdraw as Counsel and the accompanying response to Defendants' proposed Order, Commissioner Sellers entered a letter, dated May 15, 1996, ordering Plaintiffs' and Plaintiffs' counsel to repay money as set forth in Defendants' April 29, 1996 letter. Plaintiffs then filed a Motion to Reconsider the May 15, 1996 Order on May 17, 1996, and then via a Notice of Appeal dated May 23, 1996 requested an appeal before the Full Industrial Commission.
Based upon the foregoing findings of fact, the Full Commission concludes as follows:
CONCLUSIONS OF LAW
1. Both the "present value" portion of Section 97-40 and the "interest" portion of Section 97-86.2 of the North Carolina General Statutes are designed to keep the employee or those who stand in his shoes whole with respect to the time value of money. Neither portion of either section of the General Statutes is intended to reward or penalize either party.
G.S. § 97-40 provides, in pertinent part:
 Subject to the provisions of G.S. 97-38, if the deceased employee leave neither whole nor partial dependents, then the compensation which would be payable under G.S. 97-38 to whole dependents shall be commuted to its present value and paid in a lump sum to the next of kin as herein defined. (Emphasis added)
G.S. § 97-86.2 provides in its entirety:
 In any workers' compensation case in which an order is issued either granting or denying an award to the employee and where there is an appeal resulting in an ultimate award to the employee, the insurance carrier or employer shall pay interest on the final award or unpaid portion thereof from the date of the initial hearing on the claim, until paid at the legal rate of interest provided in G.S. 24-1. If interest is paid it shall not be a part of, or in any way increase attorneys' fees, but shall be paid in full to the claimant.
2. When a stream of payments is commuted to a present value, "positive interest" is applied to payments due before the determination date and "negative interest" is applied to payments due after the determination date so that on the determination date the payee receives in a lump sum the equivalent of the funds due over a span of time. In the usual workers compensation case, the payment is made near to the front end of the stream and therefore most of the payments are subject to "negative interest".
3. Ordinarily, in a litigated workers compensation case, payments begin accruing as of the date of disability, and Section97-86.2 partially protects the injured worker for the time value of money by requiring that interest be paid on the unpaid compensation from the date of the initial hearing until the money is paid. The injured worker loses the time value of money for the payments due but unpaid prior to the date of the initial hearing (which is a strong public policy reason that initial hearings be held timely and not be bogged down by a backlog and is likewise a strong incentive to the defendants to delay the initial hearing).
4. In a death case where there are no whole or partial dependents, however, Section 97-40 requires that the 400 weeks of compensation that would begin on the date of death of the worker "shall be commuted to its present value and paid in a lump sum to the next of kin. . . ." The only logical determination date of the present value of this stream is the date the lump sum is paid. In this case, the lump sum was paid on 15 February 1996, closer to the end of the stream than the beginning. Since the steam of $200 weekly payments should have begun on 13 June 1990 and should have run through 4 February 1998, some of the $200 payments will necessarily be increased to come to a 15 February 1996 present value and some will necessarily be decreased.
5. In this particular case, a death case in which the commuted value holds harmless the beneficiaries for the time value of money, the Full Commission concludes that full and complete harmonization of the "present value" portion of Section 97-40 and the "interest" portion of 97-86.2 requires that no interest be added to the commuted value of $91,861.92; otherwise the defendants would be penalized unfairly for exercising their legal rights and the plaintiffs would be rewarded unduly.
6. Since we calculate the commuted value as $91,861.92, the amount of funds owing by plaintiffs to the defendants would be $98,024.34 (the amount tendered) minus $91,861.92, or $6,162.42. The correct amount of attorneys fees at 33 1/3% of $91,861.92 is $30,617.58.
7. For the convenience of the parties we attach to this Opinion and Award a spreadsheet showing our calculations in arriving at the commuted value of $91,861.92.
**********
Based on the foregoing findings of fact and conclusion of law the Full Commission modifies and affirms the decision of Commissioner Sellers and enters the following:
AWARD
1. The commuted value of the compensation due to plaintiffs is $91,861.92, to be divided equally between them.
2. Since defendants tendered to plaintiffs on 15 February 1996 the amount of $98,024.34, an overpayment of $6,162.42, the plaintiffs each shall repay to the defendants $3,081.21.
3. Plaintiffs' attorneys are entitled to a fee of 33 1/3% of $91,861.92, or $30,617.58.
3. Each party shall bear its own costs.
 S/ ______________________________ THOMAS J. BOLCH COMMISSIONER
CONCURRING:
S/ ______________________________ COY M. VANCE COMMISSIONER
S/ ______________________________ LAURA K. MAVRETIC COMMISSIONER
See attached spreadsheet
Date of Accident Days Between Date of Monthly Commuted to Date of Payment Payment Present Value Accident @ 8% Rate and Date of Payment --------------------------------------------------------------------------- 6/13/90 2073 2/15/96 200 290.87 6/20/90 2066 2/15/96 200 290.56 6/27/90 2059 2/15/96 200 290.26 7/4/90 2052 2/15/96 200 289.95 7/11/90 2045 2/15/96 200 289.64 7/18/90 2038 2/15/96 200 289.34 7/25/90 2031 2/15/96 200 289.03 8/1/90 2024 2/15/96 200 288.72 8/8/90 2017 2/15/96 200 288.42 8/15/90 2010 2/15/96 200 288.11 8/22/90 2003 2/15/96 200 287.80 8/29/90 1996 2/15/96 200 287.50 9/5/90 1989 2/15/96 200 287.19 9/12/90 1982 2/15/96 200 286.88 9/19/90 1975 2/15/96 200 286.58 9/26/90 1968 2/15/96 200 286.27 10/3/90 1961 2/15/96 200 285.96 10/10/90 1954 2/15/96 200 285.65 10/17/90 1947 2/15/96 200 285.35 10/24/90 1940 2/15/96 200 285.04 10/31/90 1933 2/15/96 200 284.73 11/7/90 1926 2/15/96 200 284.43 11/14/90 1919 2/15/96 200 284.12 11/21/90 1912 2/15/96 200 283.81 11/28/90 1905 2/15/96 200 283.51 12/5/90 1898 2/15/96 200 283.20 12/12/90 1891 2/15/96 200 282.89 12/19/90 1884 2/15/96 200 282.59 12/26/90 1877 2/15/96 200 282.28 1/2/91 1870 2/15/96 200 281.97 1/9/91 1863 2/15/96 200 281.67 1/16/91 1856 2/15/96 200 281.36 1/23/91 1849 2/15/96 200 281.05 1/30/91 1842 2/15/96 200 280.75 2/6/91 1835 2/15/96 200 280.44 2/13/91 1828 2/15/96 200 280.13 2/20/91 1821 2/15/96 200 279.82 2/27/91 1814 2/15/96 200 279.52 3/6/91 1807 2/15/96 200 279.21 3/13/91 1800 2/15/96 200 278.90 3/20/91 1793 2/15/96 200 278.60 3/27/91 1786 2/15/96 200 278.29 4/3/91 1779 2/15/96 200 277.98 4/10/91 1772 2/15/96 200 277.68 4/17/91 1765 2/15/96 200 277.37 4/24/91 1758 2/15/96 200 277.06 5/1/91 1751 2/15/96 200 276.76 5/8/91 1744 2/15/96 200 276.45 5/15/91 1737 2/15/96 200 276.14 5/22/91 1730 2/15/96 200 275.84 5/29/91 1723 2/15/96 200 275.53 6/5/91 1716 2/15/96 200 275.22 6/12/91 1709 2/15/96 200 274.92 6/19/91 1702 2/15/96 200 274.61 6/26/91 1695 2/15/96 200 274.30 7/3/91 1688 2/15/96 200 273.99 7/10/91 1681 2/15/96 200 273.69 7/17/91 1674 2/15/96 200 273.38 7/24/91 1667 2/15/96 200 273.07 7/31/91 1660 2/15/96 200 272.77 8/7/91 1653 2/15/96 200 272.46 8/14/91 1646 2/15/96 200 272.15 8/21/91 1639 2/15/96 200 271.85 8/28/91 1632 2/15/96 200 271.54 9/4/91 1625 2/15/96 200 271.23 9/11/91 1618 2/15/96 200 270.93 9/18/91 1611 2/15/96 200 270.62 9/25/91 1604 2/15/96 200 270.31 10/2/91 1597 2/15/96 200 270.01 10/9/91 1590 2/15/96 200 269.70 10/16/91 1583 2/15/96 200 269.39 10/23/91 1576 2/15/96 200 269.08 10/30/91 1569 2/15/96 200 268.78 11/6/91 1562 2/15/96 200 268.47 11/13/91 1555 2/15/96 200 268.16 11/20/91 1548 2/15/96 200 267.86 11/27/91 1541 2/15/96 200 267.55 12/4/91 1534 2/15/96 200 267.24 12/11/91 1527 2/15/96 200 266.94 12/18/91 1520 2/15/96 200 266.63 12/25/91 1513 2/15/96 200 266.32 1/1/92 1506 2/15/96 200 266.02 1/8/92 1499 2/15/96 200 265.71 1/15/92 1492 2/15/96 200 265.40 1/22/92 1485 2/15/96 200 265.10 1/29/92 1478 2/15/96 200 264.79 2/5/92 1471 2/15/96 200 264.48 2/12/92 1464 2/15/96 200 264.18 2/19/92 1457 2/15/96 200 263.87 2/26/92 1450 2/15/96 200 263.56 3/4/92 1443 2/15/96 200 263.25 3/11/92 1436 2/15/96 200 262.95 3/18/92 1429 2/15/96 200 262.64 3/25/92 1422 2/15/96 200 262.33 4/1/92 1415 2/15/96 200 262.03 4/8/92 1408 2/15/96 200 261.72 4/15/92 1401 2/15/96 200 261.41 4/22/92 1394 2/15/96 200 261.11 4/29/92 1387 2/15/96 200 260.80 5/6/92 1380 2/15/96 200 260.49 5/13/92 1373 2/15/96 200 260.19 5/20/92 1366 2/15/96 200 259.88 5/27/92 1359 2/15/96 200 259.57 6/3/92 1352 2/15/96 200 259.27 6/10/92 1345 2/15/96 200 258.96 6/17/92 1338 2/15/96 200 258.65 6/24/92 1331 2/15/96 200 258.35 7/1/92 1324 2/15/96 200 258.04 7/8/92 1317 2/15/96 200 257.73 7/15/92 1310 2/15/96 200 257.42 7/22/92 1303 2/15/96 200 257.12 7/29/92 1296 2/15/96 200 256.81 8/5/92 1289 2/15/96 200 256.50 8/12/92 1282 2/15/96 200 256.20 8/19/92 1275 2/15/96 200 255.89 8/26/92 1268 2/15/96 200 255.58 9/2/92 1261 2/15/96 200 255.28 9/9/92 1254 2/15/96 200 254.97 9/16/92 1247 2/15/96 200 254.66 9/23/92 1240 2/15/96 200 254.36 9/30/92 1233 2/15/96 200 254.05 10/7/92 1226 2/15/96 200 253.74 10/14/92 1219 2/15/96 200 253.44 10/21/92 1212 2/15/96 200 253.13 10/28/92 1205 2/15/96 200 252.82 11/4/92 1198 2/15/96 200 252.52 11/11/92 1191 2/15/96 200 252.21 11/18/92 1184 2/15/96 200 251.90 11/25/92 1177 2/15/96 200 251.59 12/2/92 1170 2/15/96 200 251.29 12/9/92 1163 2/15/96 200 250.98 12/16/92 1156 2/15/96 200 250.67 12/23/92 1149 2/15/96 200 250.37 12/30/92 1142 2/15/96 200 250.06 1/6/93 1135 2/15/96 200 249.75 1/13/93 1128 2/15/96 200 249.45 1/20/93 1121 2/15/96 200 249.14 1/27/93 1114 2/15/96 200 248.83 2/3/93 1107 2/15/96 200 248.53 2/10/93 1100 2/15/96 200 248.22 2/17/93 1093 2/15/96 200 247.91 2/24/93 1086 2/15/96 200 247.61 3/3/93 1079 2/15/96 200 247.30 3/10/93 1072 2/15/96 200 246.99 3/17/93 1065 2/15/96 200 246.68 3/24/93 1058 2/15/96 200 246.38 3/31/93 1051 2/15/96 200 246.07 4/7/93 1044 2/15/96 200 245.76 4/14/93 1037 2/15/96 200 245.46 4/21/93 1030 2/15/96 200 245.15 4/28/93 1023 2/15/96 200 244.84 5/5/93 1016 2/15/96 200 244.54 5/12/93 1009 2/15/96 200 244.23 5/19/93 1002 2/15/96 200 243.92 5/26/93 995 2/15/96 200 243.62 6/2/93 988 2/15/96 200 243.31 6/9/93 981 2/15/96 200 243.00 6/16/93 974 2/15/96 200 242.70 6/23/93 967 2/15/96 200 242.39 6/30/93 960 2/15/96 200 242.08 7/7/93 953 2/15/96 200 241.78 7/14/93 946 2/15/96 200 241.47 7/21/93 939 2/15/96 200 241.16 7/28/93 932 2/15/96 200 240.85 8/4/93 925 2/15/96 200 240.55 8/11/93 918 2/15/96 200 240.24 8/18/93 911 2/15/96 200 239.93 8/25/93 904 2/15/96 200 239.63 9/1/93 897 2/15/96 200 239.32 9/8/93 890 2/15/96 200 239.01 9/15/93 883 2/15/96 200 238.71 9/22/93 876 2/15/96 200 238.40 9/29/93 869 2/15/96 200 238.09 10/6/93 862 2/15/96 200 237.79 10/13/93 855 2/15/96 200 237.48 10/20/93 848 2/15/96 200 237.17 10/27/93 841 2/15/96 200 236.87 11/3/93 834 2/15/96 200 236.56 11/10/93 827 2/15/96 200 236.25 11/17/93 820 2/15/96 200 235.95 11/24/93 813 2/15/96 200 235.64 12/1/93 806 2/15/96 200 235.33 12/8/93 799 2/15/96 200 235.02 12/15/93 792 2/15/96 200 234.72 12/22/93 785 2/15/96 200 234.41 12/29/93 778 2/15/96 200 234.10 1/5/94 771 2/15/96 200 233.80 1/12/94 764 2/15/96 200 233.49 1/19/94 757 2/15/96 200 233.18 1/26/94 750 2/15/96 200 232.88 2/2/94 743 2/15/96 200 232.57 2/9/94 736 2/15/96 200 232.26 2/16/94 729 2/15/96 200 231.96 2/23/94 722 2/15/96 200 231.65 3/2/94 715 2/15/96 200 231.34 3/9/94 708 2/15/96 200 231.04 3/16/94 701 2/15/96 200 230.73 3/23/94 694 2/15/96 200 230.42 3/30/94 687 2/15/96 200 230.12 4/6/94 680 2/15/96 200 229.81 4/13/94 673 2/15/96 200 229.50 4/20/94 666 2/15/96 200 229.19 4/27/94 659 2/15/96 200 228.89 5/4/94 652 2/15/96 200 228.58 5/11/94 645 2/15/96 200 228.27 5/18/94 638 2/15/96 200 227.97 5/25/94 631 2/15/96 200 227.66 6/1/94 624 2/15/96 200 227.35 6/8/94 617 2/15/96 200 227.05 6/15/94 610 2/15/96 200 226.74 6/22/94 603 2/15/96 200 226.43 6/29/94 596 2/15/96 200 226.13 7/6/94 589 2/15/96 200 225.82 7/13/94 582 2/15/96 200 225.51 7/20/94 575 2/15/96 200 225.21 7/27/94 568 2/15/96 200 224.90 8/3/94 561 2/15/96 200 224.59 8/10/94 554 2/15/96 200 224.28 8/17/94 547 2/15/96 200 223.98 8/24/94 540 2/15/96 200 223.67 8/31/94 533 2/15/96 200 223.36 9/7/94 526 2/15/96 200 223.06 9/14/94 519 2/15/96 200 222.75 9/21/94 512 2/15/96 200 222.44 9/28/94 505 2/15/96 200 222.14 10/5/94 498 2/15/96 200 221.83 10/12/94 491 2/15/96 200 221.52 10/19/94 484 2/15/96 200 221.22 10/26/94 477 2/15/96 200 220.91 11/2/94 470 2/15/96 200 220.60 11/9/94 463 2/15/96 200 220.30 11/16/94 456 2/15/96 200 219.99 11/23/94 449 2/15/96 200 219.68 11/30/94 442 2/15/96 200 219.38 12/7/94 435 2/15/96 200 219.07 12/14/94 428 2/15/96 200 218.76 12/21/94 421 2/15/96 200 218.45 12/28/94 414 2/15/96 200 218.15 1/4/95 407 2/15/96 200 217.84 1/11/95 400 2/15/96 200 217.53 1/18/95 393 2/15/96 200 217.23 1/25/95 386 2/15/96 200 216.92 2/1/95 379 2/15/96 200 216.61 2/8/95 372 2/15/96 200 216.31 2/15/95 365 2/15/96 200 216.00 2/22/95 358 2/15/96 200 215.69 3/1/95 351 2/15/96 200 215.39 3/8/95 344 2/15/96 200 215.08 3/15/95 337 2/15/96 200 214.77 3/22/95 330 2/15/96 200 214.47 3/29/95 323 2/15/96 200 214.16 4/5/95 316 2/15/96 200 213.85 4/12/95 309 2/15/96 200 213.55 4/19/95 302 2/15/96 200 213.24 4/26/95 295 2/15/96 200 212.93 5/3/95 288 2/15/96 200 212.62 5/10/95 281 2/15/96 200 212.32 5/17/95 274 2/15/96 200 212.01 5/24/95 267 2/15/96 200 211.70 5/31/95 260 2/15/96 200 211.40 6/7/95 253 2/15/96 200 211.09 6/14/95 246 2/15/96 200 210.78 6/21/95 239 2/15/96 200 210.48 6/28/95 232 2/15/96 200 210.17 7/5/95 225 2/15/96 200 209.86 7/12/95 218 2/15/96 200 209.56 7/19/95 211 2/15/96 200 209.25 7/26/95 204 2/15/96 200 208.94 8/2/95 197 2/15/96 200 208.64 8/9/95 190 2/15/96 200 208.33 8/16/95 183 2/15/96 200 208.02 8/23/95 176 2/15/96 200 207.72 8/30/95 169 2/15/96 200 207.41 9/6/95 162 2/15/96 200 207.10 9/13/95 155 2/15/96 200 206.79 9/20/95 148 2/15/96 200 206.49 9/27/95 141 2/15/96 200 206.18 10/4/95 134 2/15/96 200 205.87 10/11/95 127 2/15/96 200 205.57 10/18/95 120 2/15/96 200 205.26 10/25/95 113 2/15/96 200 204.95 11/1/95 106 2/15/96 200 204.65 11/8/95 99 2/15/96 200 204.34 11/15/95 92 2/15/96 200 204.03 11/22/95 85 2/15/96 200 203.73 11/29/95 78 2/15/96 200 203.42 12/6/95 71 2/15/96 200 203.11 12/13/95 64 2/15/96 200 202.81 12/20/95 57 2/15/96 200 202.50 12/27/95 50 2/15/96 200 202.19 1/3/96 43 2/15/96 200 201.88 1/10/96 36 2/15/96 200 201.58 1/17/96 29 2/15/96 200 201.27 1/24/96 22 2/15/96 200 200.96 1/31/96 15 2/15/96 200 200.66 2/7/96 8 2/15/96 200 200.35 2/14/96 1 2/15/96 200 200.04 2/21/96 -6 2/15/96 200 199.74 2/28/96 -13 2/15/96 200 199.43 3/6/96 -20 2/15/96 200 199.12 3/13/96 -27 2/15/96 200 198.82 3/20/96 -34 2/15/96 200 198.51 3/27/96 -41 2/15/96 200 198.20 4/3/96 -48 2/15/96 200 197.90 4/10/96 -55 2/15/96 200 197.59 4/17/96 -62 2/15/96 200 197.28 4/24/96 -69 2/15/96 200 196.98 5/1/96 -76 2/15/96 200 196.67 5/8/96 -83 2/15/96 200 196.36 5/15/96 -90 2/15/96 200 196.05 5/22/96 -97 2/15/96 200 195.75 5/29/96 -104 2/15/96 200 195.44 6/5/96 -111 2/15/96 200 195.13 6/12/96 -118 2/15/96 200 194.83 6/19/96 -125 2/15/96 200 194.52 6/26/96 -132 2/15/96 200 194.21 7/3/96 -139 2/15/96 200 193.91 7/10/96 -146 2/15/96 200 193.60 7/17/96 -153 2/15/96 200 193.29 7/24/96 -160 2/15/96 200 192.99 7/31/96 -167 2/15/96 200 192.68 8/7/96 -174 2/15/96 200 192.37 8/14/96 -181 2/15/96 200 192.07 8/21/96 -188 2/15/96 200 191.76 8/28/96 -195 2/15/96 200 191.45 9/4/96 -202 2/15/96 200 191.15 9/11/96 -209 2/15/96 200 190.84 9/18/96 -216 2/15/96 200 190.53 9/25/96 -223 2/15/96 200 190.22 10/2/96 -230 2/15/96 200 189.92 10/9/96 -237 2/15/96 200 189.61 10/16/96 -244 2/15/96 200 189.30 10/23/96 -251 2/15/96 200 189.00 10/30/96 -258 2/15/96 200 188.69 11/6/96 -265 2/15/96 200 188.38 11/13/96 -272 2/15/96 200 188.08 11/20/96 -279 2/15/96 200 187.77 11/27/96 -286 2/15/96 200 187.46 12/4/96 -293 2/15/96 200 187.16 12/11/96 -300 2/15/96 200 186.85 12/18/96 -307 2/15/96 200 186.54 12/25/96 -314 2/15/96 200 186.24 1/1/97 -321 2/15/96 200 185.93 1/8/97 -328 2/15/96 200 185.62 1/15/97 -335 2/15/96 200 185.32 1/22/97 -342 2/15/96 200 185.01 1/29/97 -349 2/15/96 200 184.70 2/5/97 -356 2/15/96 200 184.39 2/12/97 -363 2/15/96 200 184.09 2/19/97 -370 2/15/96 200 183.78 2/26/97 -377 2/15/96 200 183.47 3/5/97 -384 2/15/96 200 183.17 3/12/97 -391 2/15/96 200 182.86 3/19/97 -398 2/15/96 200 182.55 3/26/97 -405 2/15/96 200 182.25 4/2/97 -412 2/15/96 200 181.94 4/9/97 -419 2/15/96 200 181.63 4/16/97 -426 2/15/96 200 181.33 4/23/97 -433 2/15/96 200 181.02 4/30/97 -440 2/15/96 200 180.71 5/7/97 -447 2/15/96 200 180.41 5/14/97 -454 2/15/96 200 180.10 5/21/97 -461 2/15/96 200 179.79 5/28/97 -468 2/15/96 200 179.48 6/4/97 -475 2/15/96 200 179.18 6/11/97 -482 2/15/96 200 178.87 6/18/97 -489 2/15/96 200 178.56 6/25/97 -496 2/15/96 200 178.26 7/2/97 -503 2/15/96 200 177.95 7/9/97 -510 2/15/96 200 177.64 7/16/97 -517 2/15/96 200 177.34 7/23/97 -524 2/15/96 200 177.03 7/30/97 -531 2/15/96 200 176.72 8/6/97 -538 2/15/96 200 176.42 8/13/97 -545 2/15/96 200 176.11 8/20/97 -552 2/15/96 200 175.80 8/27/97 -559 2/15/96 200 175.50 9/3/97 -566 2/15/96 200 175.19 9/10/97 -573 2/15/96 200 174.88 9/17/97 -580 2/15/96 200 174.58 9/24/97 -587 2/15/96 200 174.27 10/1/97 -594 2/15/96 200 173.96 10/8/97 -601 2/15/96 200 173.65 10/15/97 -608 2/15/96 200 173.35 10/22/97 -615 2/15/96 200 173.04 10/29/97 -622 2/15/96 200 172.73 11/5/97 -629 2/15/96 200 172.43 11/12/97 -636 2/15/96 200 172.12 11/19/97 -643 2/15/96 200 171.81 11/26/97 -650 2/15/96 200 171.51 12/3/97 -657 2/15/96 200 171.20 12/10/97 -664 2/15/96 200 170.89 12/17/97 -671 2/15/96 200 170.59 12/24/97 -678 2/15/96 200 170.28 12/31/97 -685 2/15/96 200 169.97 1/7/98 -692 2/15/96 200 169.67 1/14/98 -699 2/15/96 200 169.36 1/21/98 -706 2/15/96 200 169.05 1/28/98 -713 2/15/96 200 168.75 2/4/98 -720 2/15/96 200 168.44 91861.92
 70017.38 98024.34 28006.96 98024.34 6162.42
30617.58 3081.21